UNITED STATES of America, Plaintiff–Appellee,

v.

Brian Rhett MARTIN, Defendant–Appellant.

No. 03–20496.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 23, 2005.

James Lee Turner, Kathlyn Giannaula Snyder, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Timothy William Crooks, Richard O. Ely, Assistant Federal Public Defenders, Federal Public Defender's Office,

Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, GARZA, and PRADO, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

The district court revoked Brian Rhett Martin's supervised release term and sentenced him to eighteen months of imprisonment to be followed by an eighteen-month term of supervised release. We affirmed. *See United States v. Martin,* 87 Fed. Appx. 392 (5th Cir. Feb.18, 2004). On January 24, 2005, the Supreme Court vacated our judgment and remanded to us for further consideration in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *See Newsome v. United States,* —— U.S. ——, 125 S.Ct. 1112, 160 L.Ed.2d 989 (2005) (consolidated petition including Martin). Martin does not now press a *Booker* claim, conceding that *Booker* has no impact on this appeal.

We reinstate our prior judgment affirming Martin's sentence.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.